JAMES M. MAKASIAN (SBN 71791)
2300 Tulare Street, Suite 250
Fresno, CA  93721
Telephone:  (559) 442-4211 Fax: 442-4127

STEVEN P. SIMONIAN, Jr. (SBN 082858)
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4212

Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULWINDER KAUR | |
| Plaintiff, | CIVIL No. 1:06-CV-F-937 |
| v. | NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF KULWINDER KAUR |
| MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of The United States Citizenship and Immigration Services, DAVID STILL, District Director of The United States Citizenship Immigration Services, DONALD RIDDING, Officer In Charge of the Fresno Office of The United States Citizenship Immigration Services | Rule 41(a)(1) |
| Defendants. | |

PLEASE TAKE NOTICE:

The above-entitled action is hereby dismissed by plaintiff, KULWINDER KAUR, CIS Number A 45611076, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: September 27, 2006          /s/JAMES M. MAKASIAN
                                    JAMES M. MAKASIAN
                                    Attorney for Plaintiffs

1

1    It is so ordered.

3    Dated: __10/2/06_____           __/s/ Oliver W. Wanger_____
                                       UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com